WILLIAM E. PEASE, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Pease* v. *Pennsylvania R. R. Co.*, 137 App. Div. 458, 929, affirmed.
(Argued October 12, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 16, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*Ernest C. Whitbeck* and *Frank Rumsey* for appellant.

*George D. Forsyth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur; CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

REBECCA I. GOLDSMITH, Appellant, *v.* MORITZ TOLK, Respondent.

*Goldsmith* v. *Tolk*, 138 App. Div. 287, affirmed.
(Argued October 13, 1911; decided October 31, 1911.)

APPEAL from a judgment entered June 4, 1910, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to compel specific performance of an alleged contract.

*Henry C. Burnstine* for appellant.

*Nathan Tolk* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.